Richard B. Thierolf, Jr., OSB#763565
JACOBSON THIEROLF & DICKEY, P.C.
Two N. Oakdale Avenue
Medford, OR 97501
Tel.: (541) 773-2727
rthierolf@jtdlegal.com

Matthew Rowan, OSB#104927
COLLINS ROWAN LLP
219 S. Holly Street
Medford, OR 97501
Tel.: (541) 773-3606
mrowan@collinsrowan.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| **JUAN ANTHONY SANCHO**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**JACKSON COUNTY, OREGON**, AN OREGON GOVERNMENTAL ENTITY; AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES AS DEPUTIES EMPLOYED BY THE JACKSON COUNTY OREGON SHERIFF'S DEPARTMENT: BRADY BJORKLUND, DAMIEN BUCKMAN, JEFFREY CARPENTER, STEPHEN DAFFRON, DAVID DALTON, MELISSA DICOSTANZO, TROY HAMILTON, MICHAEL HAMMOND, CYNTHIA MALLARI, TAWNYA SELLERS, DENNIS STEIGER, AND DANIELLE THURNBAUER<br><br>Defendants. | Case No: 1:20-cv-01232-CL<br><br>SUMMONS IN A CIVIL ACTION – STEPHEN DAFFRON |

\\\

\\\

SUMMONS IN A CIVIL ACTION – STEPHEN DAFFRON - 1

TO:     STEPHEN DAFFRON
        C/O JACKSON COUNTY COUNSEL
        10 S. OAKDALE AVENUE, ROOM 214
        MEDFORD, OR 97501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        RICHARD B. THIEROLF, JR.
        JACOBSON THIEROLF & DICKEY, P.C.
        TWO N. OAKDALE AVENUE
        MEDFORD, OR 97501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
MARY L. MORAN

Dated: 4-21-21

Signature of Clerk or Deputy Clerk

SUMMONS IN A CIVIL ACTION – STEPHEN DAFFRON - 2